# TIFFANY & BOSCO
### P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-9240
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant
ljm@tblaw.com

18-03990

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| IN RE: | Chapter 7 |
|---|---|
| Steven Dennis Lund and Rachel Ann Lund | Case No. 3:18-bk-10908-DPC |
| Debtors. | MOTION TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| Nationstar Mortgage LLC d/b/a Mr. Cooper | |
| Movant, vs. | (Relating to docket #14) |
| Steven Dennis Lund and Rachel Ann Lund, Debtors; Lawrence J. Warfield, Trustee. | |
| Respondents. | |

Movant, Nationstar Mortgage LLC d/b/a Mr. Cooper, by its attorney undersigned, moves to withdraw its Motion for Relief from the Automatic Stay without prejudice.

DATED this 9th day of November, 2018.

                                                  Respectfully submitted,
                                                  TIFFANY & BOSCO, P.A.

                                                  BY /s/ LJM #014228
                                                     Mark S. Bosco
                                                     Leonard J. McDonald
                                                     Attorneys for Movant

COPY of the foregoing mailed
November 9, 2018 to:

Steven Dennis Lund and Rachel Ann Lund
1967 S. Southern Pacific St.
Flagstaff, AZ  86001
Debtors

Aubrey Laine Thomas
9 W. Cherry Avenue, Suite B
Flagstaff, AZ  86001
Attorney for Debtors

Lawrence J. Warfield
P.O. Box 3350
Carefree, AZ  85377
Trustee

City of Flagstaff/BothHands
PO Box 30134
Flagstaff, AZ 86003

Railroad Springs 66 HOA
Peaks HOA Mgmt Company
1016 W University Ave
Ste 203
Flagstaff, AZ 86001

Arizona Department of Revenue
c/o Tax, Bankruptcy and Collection Sec.
2005 North Central Avenue
Phoenix, AZ 85004-1592

Internal Revenue Service
Bankruptcy and Collection Enforcement
P.O. Box 7346
Philadelphia, PA 19101-7346

US Bank Home Mortgage
Bankruptcy Department
PO Box 21948
Eagan, MN 55121

U.S. Trustee
230 North 1st Avenue, Suite 204
Phoenix, AZ 85003-1706

By Julie Bush